## MARYLAND *v.* BLAKE

No. 04–373.   Argued November 1, 2005—Decided November 14, 2005

*Kathryn Grill Graeff,* Assistant Attorney General of Maryland, argued the cause for petitioner.   With her on the briefs were *J. Joseph Curran, Jr.,* Attorney General, and *Annabelle L. Lisic* and *Diane E. Keller,* Assistant Attorneys General.

*James A. Feldman* argued the cause for the United States as *amicus curiae* urging reversal.   With him on the brief were *Solicitor General Clement, Acting Assistant Attorney General Richter, Deputy Solicitor General Dreeben, John P. Elwood,* and *Joel M. Gershowitz.*

*Kenneth W. Ravenell* argued the cause for respondent. With him on the brief were *Ivan J. Bates, Matthew A. S. Esworthy,* and *Jeffrey T. Green.**

---

*Briefs of *amici curiae* urging reversal were filed for the State of Texas et al. by *Greg Abbott,* Attorney General of Texas, *Barry R. McBee,* First Assistant Attorney General, *R. Ted Cruz,* Solicitor General, *Don Clemmer,* Deputy Attorney General, and *Gena Bunn, Edward L. Marshall,* and *Fredericka Sargent,* Assistant Attorneys General, and by the Attorneys General for their respective jurisdictions as follows: *M. Jane Brady* of Delaware, *Robert J. Spagnoletti* of the District of Columbia, *Charles J. Crist, Jr.,* of Florida, *Mark J. Bennett* of Hawaii, *Lawrence G. Wasden* of Idaho, *Lisa Madigan* of Illinois, *Michael A. Cox* of Michigan, *Jim Petro* of Ohio, *W. A. Drew Edmondson* of Oklahoma, *Hardy Myers* of Oregon, *Thomas W. Corbett, Jr.,* of Pennsylvania, *Henry D. McMaster* of South Carolina, *Lawrence E. Long* of South Dakota, *Mark L. Shurtleff* of Utah, and *William Sorrell* of Vermont; and for the Criminal Justice Legal Foundation by *Kent S. Scheidegger* and *Charles L. Hobson.*

Briefs of *amici curiae* urging affirmance were filed for the National Association of Criminal Defense Lawyers by *James J. Tomkovicz* and *Joshua L. Dratel;* and for the National Legal Aid and Defender Association by *Steven B. Duke.*

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

*It is so ordered.*